IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Case No. 03-20459

SEALED DOCUMENT PLACED IN VAULT

Order

Document No. 133



# Notice of Distribution

This notice confirms a copy of the document docketed as number 133 in case 2:03-CR-20459 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT